IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **MCK MILLENNIUM CENTRE** | ) | |
| **PARKING, LLC,** | ) | No. 12 B 24676 |
| | ) | |
| Debtor(s), | ) | |

# N O T I C E

TO:   Office of U.S. Trustee, Via CM/ECF System
Jonathan D. Golding, Via CM/ECF System
Richard N. Golding, Via CM/ECF System
Kevin H. Morse, Via CM/ECF System
Barry A. Chatz, Via CM/ECF System
Shell A. DeRousse, Via CM/ECF System
Kevin Hunt, Via CM/ECF System

PLEASE TAKE NOTICE that on the 22nd day of May, 2013 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **JACQUELINE P. COX,** Bankruptcy Judge, in Courtroom No. 680, U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as may be sitting in her place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

/s/   GINA B. KROL
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS | |
| COUNTY OF C O O K | ) | |

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto, directed to the persons shown above, by electronic system, this 29th day of April, 2013.

/s/   GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **MCK MILLENNIUM CENTRE PARKING, LLC,** | ) ) | No. 12 B 24676 |
| | ) | |
| Debtor(s). | ) | |

## MOTION TO AUTHORIZE SECOND AND FINAL PAYMENT TO SPECIAL COUNSEL

TO THE HONORABLE **JACQUELINE P. COX**,
BANKRUPTCY JUDGE

Now comes GINA B. KROL, Chapter 11 Trustee herein, by and through her Attorneys, COHEN & KROL, and respectfully represents unto this Honorable Court as follows:

1. That she is the duly appointed, qualified and acting Chapter 11 Trustee in Bankruptcy herein.

2. That on the 30th day of January, 2013, this Honorable Court entered an Order authorizing the Trustee to employ ELLIOTT & ASSOCIATES to act as Special Counsel to the Estate and Trustee, retroactively to September 24, 2012, for the sole purpose of performing legal services related to the appeal of real property tax assessments on estate property.

3. That the Trustee believes that Special Counsel has rendered a valuable service to the estate and compensation pursuant to attached bill is appropriate.

4. That said Special Counsel has previously received interim compensation for services rendered to the Trustee herein in the amount of $7,000.00 for

the period September 24, 2012 through January 30, 2013, pursuant to Exhibit "A" attached hereto, which Order was entered on January 30, 2013.

5. That future services performed by Elliott & Associates for the Trustee related to the appeal of real property tax assessments on estate property after the Application Period shall be a flat fee of $5,000.00, pursuant to Exhibit "B" attached hereto, to be paid upon Order of the Court.

6. That service to creditors be limited those parties who filed appearances with the Court.

WHEREFORE, GINA B. KROL, Chapter 11 Trustee herein, prays for the entry of an Order authorizing her to pay second and final compensation to Special Counsel, ELLIOTT & ASSOCIATES in the amount of $5,000.00, that notice to creditors be limited to those parties who filed appearances with the Court, and for such other and further relief as the Court shall deem proper.

/s/ Gina B. Krol
GINA B. KROL, Trustee

GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL 60602
312/ 368-0300