IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 7 |
| | ) | |
| MCK MILLENNIUM CENTRE PARKING LLC, | ) | 12 B 24676 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**N O T I C E OF MOTION**

TO:   Ms. Shelly DeRousse, Via CM/ECF
Mr. Richard Golding, Via CM/ECF
Mr. Barry A. Chatz, Via CM/ECF
Mr. William J. Choslovsky, Via CM/ECF
Mr. John Gierum, Via CM/ECF
Mr. Michael Kraft, Via CM/ECF
Mr. Kevin Morse, Via CM/ECF
Ms. Wendy Skrobin, Via CM/ECF
Office of the United States Trustee, Via CM/ECF

See Attached Additional Service List

PLEASE TAKE NOTICE that on the 24th day of March, 2016, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JACQUELINE P. COX, Bankruptcy Judge, in the Courtroom usually assigned to him, No. 680, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or before any other Bankruptcy Judge who may be sitting in his place and stead and shall then and there present the attached Motion, at which time and place you may appear, if you so see fit.

/s/ Gina B. Krol
GINA B. KROL
105 W. Madison St., Suite 1100
Chicago, IL 60602
312/368-0300

GINA B. KROL, on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above by through the Court's CM/ECF electric service or by First Class US Mail, this 8th day of March, 2016.

/s/ Gina B. Krol

## U.S. Mail Service List

AT&T
Attn: Bankruptcy Dept.
5407 Andrews Highway
Midland, TX 79706

Bank of America Merchant Services
150 North College Street, 15th Fl.
Charlotte, NC 28202

Cataldo Family Enterprises
1300 Woodfield Rd.
Schaumburg, IL 60173

Cintas
5600 West 73rd Street
Chicago, IL 60638

ComEd
Bankruptcy Dept.
P.O. Box 87522
Chicago, IL 60680

Cook County Treasurer
118 N. Clark St., Suite 112
Chicago, IL 60602

Midwest Industrial Lighting
919 West 38th Street
Chicago, IL 60609

Millennium Real Estate Managers
33 West Ontario Street
Chicago, IL 60610

Traffic & Parking Control Co., Inc.
5100 W Brown Deer Road
Brown Deer, WI 53223

Victor Supply Co.
1721 West Grand Avenue
Chicago, IL 60622

Stahl Cowen Crowley Addis LLC
55 W Monroe Street, suite 1200
Attn: Kevin Hunt, Esq.
Chicago, IL 60603-5001

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101

Otis Elevetor
1 Farmspings
Farmington, CT 06032

Standard Parking
900 N. Michigan Ave.
Ste. 1600
Chicago, IL 60611

State Street Investments
C/O Joseph Khoshabe
1919 S. Highland Ave. Suite D 124
Lombard, IL 60148

Sudler Management, Facility
Manager under OREA
120 S Riverside Plaza Ste 1200
Chicago, IL 60606

Titan Electronics, Inc.
614 W Monroe Street Lobby 3
Chicago, IL 60661-3657

United Realty and Development
C/O Joseph Khoshabe
1919 S. Highland Ave. Suite D 124
Lombard, IL 60148

William Marovitz
The Marovitz Group
628 N State
Chicago, IL 60654

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MCK MILLENNIUM CENTRE PARKING LLC | ) | Case No. 12-24676-JPC |
| | ) | |
| | ) | Hon. JACQUELINE P. COX |

**FINAL APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.   On June 19, 2012 the Debtor filed its voluntary Chapter 11 petition and an order for relief under Chapter 7 was entered on September 10, 2013.  On October 4, 2012, an order was $24,827.74 in previously awarded compensation and $122.99 as reimbursement of expenses the period from September 20, 2012 through July 31, 2013, and now seeks an additional $29,858.00 for compensation and $187.16 for reimbursement of expenses for the period August 1, 2013 through March 8, 2016.

2.   Applicant requests $0.00, in compensation for 83.65 hours of services performed for the period August 1, 2013 through present and reimbursement of actual expenses in the amount of $187.16.

3.   A description of the nature of the services rendered by the Applicant is as follows:

<u>AVOIDANCE ACTIONS</u>

Cohen and Krol filed and prosecuted four adversary proceedings seeking to avoid preferential and fraudulent transfers.  Much of the legal work performed by Cohen and Krol after conversion to Chapter 7 centered around this litigation.  Litigation against two of the defendants was ultimately settled. One defendant filed for Chapter 7 bankruptcy protection and the final defendant has aggressively defended the litigation.  Services rendered to the Trustee in this category include court appearances, draft of pleadings, review of defense pleadings and preparation for mediation.  Cohen and Krol expended 35.85 hours in the activity of Avoidance Actions.

COMPENSATION

Cohen and Krol prepared and presented the Applications of Trustee's Accountants for Compensation. The Accountants made such requests three times during the pendency of the case. Cohen and Krol expended 5.50 hours in the activity of Compensation.

CONVERT/DISMISS

After the sale of the Debtor's primary asset, Cohen and Krol prepared and presented the Trustee's Application to convert the Chapter 11 case to a proceeding under Chapter 7 of the Bankruptcy Code. Cohen and Krol expended 2.70 hours in the activity of Convert/Dismiss.

DISCOVERY

In pursuance of the avoidance litigation, Cohen and Krol sought discovery from each of the defendants and other third parties. This activity includes seeking authority to conduct 2004 examinations, issue subpoenas, respond to various inquiries, review discovery obtained, prepare and present motions to compel compliance with discovery requests made and maintain a discovery log. Cohen and Krol expended 29.80 in the activity of Discovery.

PROFESSIONAL EMPLOYMENT

Cohen and Krol prepared and presented various professionals necessary to further the administration of the bankruptcy estate. These professionals included Special Counsel to the Trustee to pursue insider transactions and Special Counsel to the Trustee to pursue a real estate tax refund. Cohen and Krol expended 4.90 hours in the activity of Professional Employment.

SETTLEMENT

Cohen and Krol obtained a settlement of avoidance litigation with defendants which required them to prepare and present the Trustee's motion for authority to accept the settlement. The Trustee also reached an agreement with Cook County, Illinois regarding the amount of assessed valuation of the Debtor's real property which resulted in a refund of previously paid real estate taxes. Cohen and Krol expended 4.90 hours in the activity of Settlement.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| E. Philip Groben/EPG2013 | 12.50 | 325.00 | 4,062.50 |
| E. Philip Groben/EPG2014 | 41.45 | 340.00 | 14,093.00 |
| E. Philip Groben/EPG2015 | 20.80 | 360.00 | 7,488.00 |
| Gina B. Krol/GBK2013 | 1.90 | 430.00 | 817.00 |
| Gina B. Krol/GBK2014 | 1.50 | 450.00 | 675.00 |
| Gina B. Krol/GBK2015 | 4.50 | 495.00 | 2,227.50 |
| Gina B. Krol/GBK2016 | 1.00 | 495.00 | 495.00 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded final compensation of $54,685.74 of which $24,827.74 has previously been awarded and paid and reimbursement of actual and necessary expenses of $310.15 of which $122.99 has previously been awarded and paid for legal services rendered in this case, leaving a balance due Cohen and Krol of $29,858.00 for compensation and $187.16 for reimbursement of expenses, and for such other and further relief as this Court shall deem proper.

RESPECTFULLY SUBMITTED,

Date: March 8, 2016                    /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000