# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | IN CHAPTER 7 |
| | ) | |
| MCK MILLENNIUM CENTRE | ) | |
| PARKING, LLC, | ) | No. 12 B 24676 |
| | ) | |
| Debtor(s), | ) | |

## N O T I C E

TO:   Office of U.S. Trustee, Via CM/ECF
Richard N. Golding, Via CM/ECF
William J. Choslovsky, Via CM/ECF
Kevin H. Morse, Via CM/ECF
John Gierum, Via CM/ECF
Michael Kraft, Via CM/ECF
Wendy Skrobin, Via CM/ECF
Barry A. Chatz, Via CM/ECF
Shelly A. DeRousse, Via CM/ECF

PLEASE TAKE NOTICE that on the 24th day of March, 2016 at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JACQUELINE P. COX, Bankruptcy Judge, in Courtroom No. 680, U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as may be sitting in her place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

          /s/   GINA B. KROL
GINA B. KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF C O O K    )

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto, directed to the persons shown above, through the CM/ECF System,  this 22nd day of March, 2015.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| MCK MILLENNIUM CENTRE PARKING, ) | | Case No. 12-24676 |
| LLC ) | | |
| ) | | |
| Debtor(s). ) | | Hon. JACQUELINE P. COX |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:  COHEN & KROL

Authorized to Provide
Professional Service to:  GINA B. KROL, Chapter 7 Trustee

Date Of Order Authorizing
Employment:
Period for Which
Compensation is Sought:  March 25, 2015 – March 22, 2016

Amount of Fees Sought:  $ 2,032.10

Amount of Expense
Reimbursement Sought:  $ 38.70

This is an:  Final Application

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 11/21/13 | 6/19/13-10/21/13 | $4,946.80 | $4,946.80 | |
| 6/24/14 | 10/22/13-5/5/14 | $2,125.40 | $2,125.40 | |
| 4/15/15 | 5/6/14-3/24/15 | $775.22 | $775.22 | |

The aggregated amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $ 7,847.42

Applicant:

Date:  3/22/16                                      BY: /s/GINA B. KROL
                                                       (Signed)

GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000
(312) 368-0300