# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| MCK MILLENNIUM CENTRE PARKING LLC | § § § § | Case No. 12-24676 JPC |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 35,403.16                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,500,000.00    Claims Discharged
                                                   Without Payment: 0.00

Total Expenses of Administration: 721,840.83

---

3) Total gross receipts of $ 2,224,869.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,028.69 (see **Exhibit 2**), yielded net receipts of $ 2,221,840.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,500,000.00 | $ 1,500,000.00 | $ 1,500,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 715,990.83 | 715,990.83 | 715,990.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 5,850.00 | 5,850.00 | 5,850.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ NA | $ 2,221,840.83 | $ 2,221,840.83 | $ 2,221,840.83 |

   4) This case was originally filed under chapter 11 on 06/19/2012 , and it was converted to chapter 7 on 09/10/2013 . The case was pending for 34 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 06/22/2016                By:/s/GINA B. KROL
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP Bank Account | 1110-000 | 598,117.89 |
| Liquidation of Other Personal Property | 1229-000 | 9,151.63 |
| FRAUD, CONVEYANCE | 1241-000 | 1,615,100.00 |
| Bond Refund | 1290-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,224,869.52** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MCK MILLENIUM CENTRE PARKING, LLC | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 3,028.69 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,028.69** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HANMI BANK | 4210-000 | NA | 1,500,000.00 | 1,500,000.00 | 1,500,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 1,500,000.00 | $ 1,500,000.00 | $ 1,500,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 343,423.54 | 343,423.54 | 343,423.54 |
| ADAMS-LEVINE | 2300-000 | NA | 48.20 | 48.20 | 48.20 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 415.31 | 415.31 | 415.31 |
| ASSOCIATED BANK | 2600-000 | NA | 10,384.77 | 10,384.77 | 10,384.77 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| COHEN & KROL | 3110-000 | NA | 36,581.84 | 36,581.84 | 36,581.84 |
| GINA B. KROL | 3110-000 | NA | 18,290.97 | 18,290.97 | 18,290.97 |
| COHEN & KROL | 3120-000 | NA | 122.99 | 122.99 | 122.99 |
| ELLIOTT & ASSOCIATES ATTORNEY, PC | 3210-000 | NA | 2,360.97 | 2,360.97 | 2,360.97 |
| FREEBORN & PETERS LLP | 3210-600 | NA | 291,904.48 | 291,904.48 | 291,904.48 |
| ELLIOTT & ASSOCIATES ATTORNEYS, PC | 3220-000 | NA | 175.00 | 175.00 | 175.00 |
| FREEBORN & PETERS LLP | 3220-000 | NA | 264.54 | 264.54 | 264.54 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 9,863.80 | 9,863.80 | 9,863.80 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 54.42 | 54.42 | 54.42 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 715,990.83 | $ 715,990.83 | $ 715,990.83 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | 6990-000 | NA | 5,850.00 | 5,850.00 | 5,850.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 5,850.00 | $ 5,850.00 | $ 5,850.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-24676 JPC Judge: JACQUELINE P. COX | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | Date Filed (f) or Converted (c): | 09/10/13 (c) |
| | | 341(a) Meeting Date: | 10/21/13 |
| For Period Ending: | 06/22/16 | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Parking Garage at 33 W. Ontario | Unknown | 7,120,000.00 | | 7,120,000.00 | FA |
| Sold during Chapter 11 - Balance of proceeds forward to Ch 7 | | | | | |
| 2. BANK ACCONTS | 21,403.16 | 0.00 | | 0.00 | FA |
| PNC Bank Checking | | | | | |
| 3. Garage Revenue | Unknown | 0.00 | | 0.00 | FA |
| 4. DIP Bank Account | 0.00 | 598,117.89 | | 598,117.89 | FA |
| Balance represents remaining proceeds from sale of garage as well as income generated during operations | | | | | |
| 5. Bond Refund (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 6. FRAUD, CONVEYANCE (u) | 0.00 | 1.00 | | 1,615,100.00 | FA |
| 7. Real Estate Tax Refund (u) | 0.00 | 9,151.63 | | 9,151.63 | FA |
| 8. OFFICE EQUIPMENT | 5,000.00 | 0.00 | | 0.00 | FA |
| 33 West Ontario Street - Office charis, tables, computer | | | | | |
| 9. OFFICE EQUIPMENT | 9,000.00 | 0.00 | | 0.00 | FA |
| 33 West Ontario, Chicago, IL Security System | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $35,403.16        $7,729,770.52        $9,344,869.52        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All matters have been resolved and the case has been dismissed by order of court.

March 24, 2016, 12:00 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-24676   JPC   Judge: JACQUELINE P. COX | Trustee Name: | GINA B. KROL |
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | Date Filed (f) or Converted (c): | 09/10/13 (c) |
| | | 341(a) Meeting Date: | 10/21/13 |
| | | Claims Bar Date: | 01/21/14 |

Litigation ongoing

October 20, 2014, 03:20 pmCase was converted from chapter 11. Chapter 7 trustee served as Chapter 11 trustee and during that time she sold the debtor's primary asset, a parking garage. Trustee is now pursuing fraudulent conveyances and preferences.

Initial Projected Date of Final Report (TFR): 12/31/14         Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-24676 -JPC | | Trustee Name: | GINA B. KROL |
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0741  Checking Account |
| Taxpayer ID No: | *******6914 | | | |
| For Period Ending: | 06/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/26/13 | 4 | Gina B. Krol, Chapter 11 Trustee | DIP Bank Balance | 1110-000 | 598,117.89 | | 598,117.89 |
| 10/02/13 | 5 | Global Surety LLC<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA  7013 | Refund of Bond | 1290-000 | 2,500.00 | | 600,617.89 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.38 | 600,474.51 |
| 11/05/13 | 030001 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | 1st Interim Fees per Court Order | 3110-000 | | 16,551.83 | 583,922.68 |
| 11/05/13 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | 1st Interim Fees per Court Order | 3110-000 | | 8,275.92 | 575,646.76 |
| 11/05/13 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | 1st Interim Expenes per Court Order | 3120-000 | | 122.99 | 575,523.77 |
| 11/05/13 | 030004 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 283,423.54 | 292,100.23 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 892.41 | 291,207.82 |
| 11/21/13 | 030005 | Alan D. Lasko & Associates<br>120 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 4,926.90 | 286,280.92 |
| 11/21/13 | 030006 | Alan D. Lasko & Associates<br>120 S. LaSalle Street | Accountant Expenes per Court Order | 3420-000 | | 19.90 | 286,261.02 |

Page Subtotals        600,617.89        314,356.87

Ver: 19.06

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-24676 -JPC | |
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | |
| Taxpayer ID No: | *******6914 | |
| For Period Ending: | 06/22/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0741  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 577.76 | 285,683.26 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 424.99 | 285,258.27 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 424.12 | 284,834.15 |
| 02/20/14 | 030007 | Elliott & Associates Attorneys, PC | Filing Fee for 2012 Tax Appeal | 3220-000 | | 175.00 | 284,659.15 |
| | | 1430 Lee Street | | | | | |
| | | Des Plaines, IL 60018 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 382.50 | 284,276.65 |
| 04/01/14 | 030008 | International Sureties Ltd. | BOND | 2300-000 | | 250.57 | 284,026.08 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 422.65 | 283,603.43 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 408.14 | 283,195.29 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 421.03 | 282,774.26 |
| 06/19/14 | 030009 | Clerk of US Bankruptcy Court | Filing Fees for Adversary Proceedin | 2700-000 | | 2,100.00 | 280,674.26 |
| | | 219 S. Dearborn Street | 14-00390 | | | | |
| | | Chicago, IL 60604 | 14-00387 | | | | |
| | | | 14-00388 | | | | |
| | | | 14-00389 | | | | |
| | | | 14-00391 | | | | |
| | | | 14-00392 | | | | |
| 06/24/14 | 030010 | Alan D. Lasko | Accountant Fees per Court Order | 3410-000 | | 2,106.40 | 278,567.86 |
| | | 29 S. LaSalle St. | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 06/24/14 | 030011 | Alan D. Lasko | Accountant Expenses per Court Order | 3420-000 | | 19.00 | 278,548.86 |
| | | 29 S. LaSalle St. | | | | | |

Page Subtotals     0.00     7,712.16

Ver: 19.06

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24676 -JPC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0741 Checking Account |
| Taxpayer ID No: | *******6914 | | |
| For Period Ending: | 06/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 405.72 | 278,143.14 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 413.74 | 277,729.40 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 412.91 | 277,316.49 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 399.02 | 276,917.47 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 411.70 | 276,505.77 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 397.83 | 276,107.94 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 410.46 | 275,697.48 |
| 01/27/15 | 6 | PNC Bank | Settlement | 1241-000 | 13,000.00 | | 288,697.48 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 413.02 | 288,284.46 |
| 02/10/15 | 030012 | Adams Levine Surety Bond Agency | | 2300-000 | | 164.74 | 288,119.72 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 387.02 | 287,732.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 427.75 | 287,304.95 |
| 04/29/15 | 030013 | Alan D. Lasko & Associates | Accountant Fees | 3410-000 | | 759.70 | 286,545.25 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 04/29/15 | 030014 | Alan D. Lasko & Associates | Accountant Expenses | 3420-000 | | 15.52 | 286,529.73 |
| | | 29 S. LaSalle Street | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 413.37 | 286,116.36 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 425.52 | 285,690.84 |
| 06/30/15 | 030015 | Freeborn & Peters LLP | Special Counsel Fees per Order | 3210-600 | | 205,549.00 | 80,141.84 |
| | | 311 S. Wacker Drive | | | | | |

| | | | | Page Subtotals | 13,000.00 | 211,407.02 | |

Ver: 19.06

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-24676 -JPC | | Trustee Name: | GINA B. KROL |
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0741  Checking Account |
| Taxpayer ID No: | *******6914 | | | |
| For Period Ending: | 06/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | 030016 | Suite 300<br>Chicago, IL 60606<br>Freeborn & Peters LLP<br>311 S. Wacker Drive<br>Suite 300<br>Chicago, IL 60606 | Special Counsel Expenes per Order | 3220-000 | | 264.54 | 79,877.30 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 411.01 | 79,466.29 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.23 | 79,348.06 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.97 | 79,230.09 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 114.00 | 79,116.09 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.62 | 78,998.47 |
| 11/19/15 | 7 | Maria Pappas<br>Treasurer of Cook County, Illinois<br>MARIA PAPPAS<br>ELLIOTT & ASSOCIATES ATTORNEY, PC | Tax Refund<br><br>Memo Amount:        9,151.63<br>R/E Tax Refund<br>Memo Amount:   (    2,360.97 )<br>Attorneys Fees & Costs | <br><br>1229-000<br><br>3210-000 | 6,790.66 | | 85,789.13 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 117.56 | 85,671.57 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.37 | 85,544.20 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 127.19 | 85,417.01 |
| 02/18/16 | 030017 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 48.20 | 85,368.81 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 118.78 | 85,250.03 |
| 03/24/16 | 030018 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Trustee Fees per Court Order | 2100-000 | | 60,000.00 | 25,250.03 |

Page Subtotals            6,790.66        61,682.47

Ver: 19.06

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-24676 -JPC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0741  Checking Account |
| Taxpayer ID No: | *******6914 | | |
| For Period Ending: | 06/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/24/16 | 030019 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 10,015.05 | 15,234.98 |
| 03/24/16 | 030020 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 15,234.98 | 0.00 |
| 06/22/16 | 6 | Defendants/Guarantors<br>DEFENDANTS/GUARANTORS<br>HANMI BANK<br>Secured Creditor<br><br>FREEBORN & PETERS<br>Speical Counsel Fees<br><br>COHEN & KROL<br>Attorney Fees<br><br>ALAN D. LASKO & ASSOCIATES<br>Accountant Fees<br><br>OFFICE OF THE U.S. TRUSTEE<br>CH 11 DIP Fees<br><br>MCK MILLENIUM CENTRE PARKING, LLC<br>Surplus to Debtor | Memo Amount:       1,602,100.00<br>Memo Amount:    ( 1,500,000.00 )<br><br><br>Memo Amount:    (     86,355.48 )<br><br><br>Memo Amount:    (      4,795.03 )<br><br><br>Memo Amount:    (      2,070.80 )<br><br><br>Memo Amount:    (      5,850.00 )<br><br><br>Memo Amount:    (      3,028.69 ) | 1241-000<br>4210-000<br><br><br>3210-600<br><br><br>3110-000<br><br><br>3410-000<br><br><br>6990-000<br><br><br>8200-000 | | | 0.00 |

Page Subtotals    0.00    25,250.03

Ver: 19.06

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-24676 -JPC |
| Case Name: | MCK MILLENNIUM CENTRE PARKING LLC |
| Taxpayer ID No: | *******6914 |
| For Period Ending: | 06/22/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0741  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,611,251.63 | COLUMN TOTALS | 620,408.55 | 620,408.55 | 0.00 |
| Memo Allocation Disbursements: | 1,604,460.97 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 620,408.55 | 620,408.55 | |
| Memo Allocation Net: | 6,790.66 | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 620,408.55 | 620,408.55 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 1,611,251.63 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,604,460.97 | Checking Account - *******0741 | 620,408.55 | 620,408.55 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 6,790.66 | | 620,408.55 | 620,408.55 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: _____/s/   GINA B. KROL_____   Date: 06/22/16
                               GINA B. KROL

Page Subtotals       0.00        0.00

Ver: 19.06

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*